UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                        :
KIRAN VUPPALA,                                                          :
                                                                        :
                                     Plaintiff,                         :         19-CV-4237 (JMF)
                                                                        :
                      -v-                                               :         SCHEDULING ORDER
                                                                        :
JUICERIE 3, LLC d/b/a THE BUTCHER'S                                     :
DAUGHTER-WEST VILLAGE et al.,                                           :
                                                                        :
                                     Defendants.                        :
                                                                        :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for

**January 9, 2020**, at **4:15 p.m.**, is RESCHEDULED for **the same day**, at **3:00 p.m.** in

Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

        The parties are reminded that they must file on ECF no later than **January 2, 2020**, a

joint letter, the contents of which is described in the Court's order scheduling the initial pretrial

conference, as well as a proposed Civil Case Management Plan and Scheduling Order attached

as an exhibit to the joint letter.

        SO ORDERED.

Dated: January 2, 2020                          _____
        New York, New York                           JESSE M. FURMAN
                                                     United States District Judge