# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 17, 2020

**VIA CM/ECF**
Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 1105
New York, NY 10007

        **Re:**    Vuppala v. Juicerie 3, LLC, d/b/a The Butcher's Daughter, et al.
                Case 1:19-cv-04237-JMF

Dear Judge Furman:

     Pursuant to Order [D.E. 64], parties are to submit a joint letter describing the present status of the case. A settlement has yet to be achieved in this matter, and the parties have nothing new to report. Due to the ongoing pandemic crisis, coupled with the mandated closure of most non-essential public businesses in New York City, it is very difficult for the parties to proceed adequately with regard to discovery and/or settlement negotiations.

     In light of this, the undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or Conference in this matter.

     The Court may wish to note that this is the parties' first joint request to stay this matter. Thank you for your consideration of this necessary request.

Respectfully,

By: _S/ B. Bradley Weitz_                By: _S/ Adam I. Kleinberg_
    B. Bradley Weitz, Esq.                    Adam I. Kleinberg, Esq.
    The Weitz Law Firm, P.A.              Sokoloff Stern LLP
    Bank of America Building               179 Westbury Avenue
    18305 Biscayne Blvd., Suite 214      Carle Place, NY 11514
    Aventura, FL 33160                       Telephone: (516) 334-4500 x109
    Telephone: (305) 949-7777            Facsimile: (516) 334-4501
    Facsimile: (305) 704-3877              Email: akleinberg@sokoloffstern.com
    Email: bbw@weitzfirm.com             Attorneys for Juicerie 3, LLC
    Attorney for Plaintiff

By:   S/ Bhavleen K. Sabharwal
      Bhavleen K. Sabharwal, Esq.
      Eustace, Prezioso & Yapchanyk
      55 Water Street
      28th Floor
      New York, NY 10041
      Telephone: (212) 612-4299
      Email: bhavleen.sabharwal@eustacelaw.com
      Attorneys for 581 Hudson Street, LLC

Application GRANTED. No later than **thirty days from the date of this order**, the parties shall submit a joint letter describing the status of the case and proposing a revised schedule. The Clerk of Court is directed to terminate ECF No. 65. SO ORDERED.

*[signature]*

April 17, 2020